UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00227

**Bryan Shelby Kaye,**
*Plaintiff,*

v.

**Michael Lewis et al.,**
*Defendants.*

# ORDER

Plaintiff, an inmate of the Bradshaw State Jail proceeding pro se and in forma pauperis, filed this civil-rights action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the case be dismissed for failure to comply with the court's order to amend his complaint and pay the initial filing fee. Doc. 14 at 2. Plaintiff then paid the initial filing fee but did not file an amended complaint or object to the magistrate judge's report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice for failure to comply with a court order. Any pending motions are denied as moot.

*So ordered by the court on January 23, 2026.*

                                            J. CAMPBELL BARKER
                                            United States District Judge